[No. 56095-6-I. Division One. July 31, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. TED HARVEY
HEFLEY, *Petitioner*.

Appeal from a judgment of the Superior Court for King
County, No. 04-1-00081-1, William L. Downing, J., entered
March 23, 2005. *Reversed* by unpublished per curiam
opinion.

[No. 56199-5-I. Division One. July 31, 2006.]

THE STATE OF WASHINGTON, *Appellant*, v. JEFFREY WAYNE
CORNE, *Respondent*.

Appeal from a judgment of the Superior Court for
Skagit County, No. 03-1-00566-4, Michael E. Rickert, J.,
entered April 26, 2005. *Affirmed* by unpublished per curiam
opinion.

[No. 56277-1-I. Division One. July 31, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. HUSSEIN HASSAN
KADIR, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 04-1-09456-5, John P. Erlick, J., entered May 3,
2005. *Affirmed* by unpublished per curiam opinion.

[No. 56295-9-I. Division One. July 31, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. MEKHRON SOBIR,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 04-1-14030-3, Linda Lau, J., entered May 16,
2005. *Affirmed* by unpublished per curiam opinion.